UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSE FRANCISCO SANCHEZ and JOSE ANTONIO REYES, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROADRUNNER TRANSPORTATION SERVICES, INC. a Delaware Corporation; ROADRUNNER TRANSPORTATION SYSTEMS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:21-cv-00893-PP<br><br>Hon. Judge Pamela Pepper |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

WHEREAS, Plaintiffs JOSE FRANCISCO SANCHEZ and JOSE ANTONIO REYES originally filed the above-entitled action against Defendants ROADRUNNER TRANSPORTATION SERVICES, INC. and ROADRUNNER TRANSPORTATION SYSTEMS, INC. in California;

WHEREAS, on July 27, 2021, the Northern District of California granted Defendants' motion to transfer this action to this Court, with transfer and assignment completed on July 29, 2021;

WHEREAS, Plaintiffs JOSE FRANCISCO SANCHEZ and JOSE ANTONIO REYES have decided they do not want to litigate this matter in this Court and seek to dismiss all claims;

WHEREAS, Plaintiffs' counsel represents that it has not been retained by any other clients who have worked for Defendants ROADRUNNER TRANSPORTATION SERVICES, INC. and/or ROADRUNNER TRANSPORTATION SYSTEMS, INC. and further that Plaintiffs'

counsel has no present intent to file a putative class action against Defendants' based on the allegations and claims contained in this action;

WHEREAS, Plaintiffs Sanchez and Reyes agree that to the extent they file any claims against ROADRUNNER TRANSPORTATION SERVICES, INC. and/or ROADRUNNER TRANSPORTATION SYSTEMS, INC. with other counsel, their claims shall be brought and maintained exclusively in courts located in Milwaukee County, Wisconsin.

NOW THEREFORE, the Parties, by and through the undersigned counsel and pursuant to Fed. R. Civ. P 41, hereby stipulate to dismissal of the claims asserted by and behalf of Plaintiffs JOSE FRANCISCO SANCHEZ and JOSE ANTONIO REYES against Defendants ROADRUNNER TRANSPORTATION SERVICES, INC. and ROADRUNNER TRANSPORTATION SYSTEMS, INC. The parties stipulate to dismissal of all claims by Plaintiffs, without prejudice, with each side to bear its own costs of suit. The parties stipulate that in the event Plaintiffs file claims against ROADRUNNER TRANSPORTATION SERVICES, INC. and/ or ROADRUNNER TRANSPORTATION SYSTEMS, INC. in the future, those claims shall be brought and maintained exclusively in courts located in Milwaukee County, Wisconsin.

Dismissal of all claims by Plaintiffs concludes this action, as all parties and all claims against Defendants ROADRUNNER TRANSPORTATION SERVICES, INC. and ROADRUNNER TRANSPORTATION SYSTEMS, INC. are dismissed.

Dated: August 25, 2021                Respectfully submitted,

                                                         SCOPELITIS, GARVIN, LIGHT, HANSON
& FEARY, P.C.

*/s/ Charles Andrewscavage*
Charles Andrewscavage
Adam C. Smedstad
James A. Eckhart
*Attorneys for Defendants*

Dated: August 25, 2021					Respectfully submitted,

							LEONARD CARDER, LLP

							_____
							David Pogrel
							*Attorneys for Plaintiff*

Pursuant to Section II.C.3 of the ECF Policies and Procedures, I hereby certify that the content of this document is acceptable to David Pogrel, counsel for Plaintiffs, and that I have obtained his authorization to file this document with his signature.

							*/s/ Charles Andrewscavage*
							Charles Andrewscavage


4816-0794-9560, v. 2