UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSE FRANCISCO SANCHEZ,
and JOSE ANTONIO REYES,

        Plaintiffs,

  v.                                    Case No. 21-cv-893-pp

ROADRUNNER TRANSPORTATION SERVICES,
and ROADRUNNER TRANSPORTATION SYSTEMS, INC.,

        Defendants.

---

### ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 36) AND DISMISSING CASE

---

The parties filed a Joint Stipulation of Dismissal of All Claims. Dkt. No. 36. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED without prejudice**.

Dated in Milwaukee, Wisconsin this 30th day of August, 2021.

                              **BY THE COURT:**

                              _____
                              **HON. PAMELA PEPPER**
                              **Chief United States District Judge**